UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peggy Zoulas

_____

_____

Write the full name of each plaintiff.

-against-

Department of Education, City of New York
Carmen Asselta, Principal, PS 34K
Maria LoRe, Assistant Principal, PS 34K

_____

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

RECEIVED
SDNY PRO SE OFFICE
2018 MAR 27  PM 4: 54
S.D. OF N.Y.

# 18 CV 2718

(Include case number if one has been
assigned)

Do you want a jury trial?

☒ Yes    ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

| NOTICE |
| --- |
| The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2. |

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Peggy | | Zoulas |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 130 Noble Street  Apt. 2 | | |
|---|---|---|
| Street Address | | |

| Brooklyn, | N.Y. | 11222 |
|---|---|---|
| County, City | State | Zip Code |

| 917-647-8241 | zoulas@msn.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    Department of Education, City of New York

| Name | | |
|---|---|---|
| 52 Chambers Street | | |
| Address where defendant may be served | | |

| New York | N.Y. | 10007 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:    Carmen Asselta, Principal PS 34K

| Name | | |
|---|---|---|
| 131 Norman Avenue | | |
| Address where defendant may be served | | |

| Brooklyn | N.Y. | 11222 |
|---|---|---|
| County, City | State | Zip Code |

Page 2

Defendant 3:

Maria LoRe, Assistant Principal PS 34K

| Name |
| --- |
| 131 Norman Avenue |

| Address where defendant may be served | | |
| --- | --- | --- |
| Brooklyn | N.Y. | 11222 |
| County, City | State | Zip Code |

## II.   PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:
Public School 34 K

| Name |
| --- |
| 131 Norman Avenue |

| Address | | |
| --- | --- | --- |
| Brooklyn, | N.Y. | 11222 |
| County, City | State | Zip Code |

## III.   CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐   **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐   race: _____

☐   color: _____

☐   religion: _____

☐   sex: _____

☐   national origin: _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☒ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: 1961
_____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.  Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐   did not hire me

- ☐   terminated my employment

- ☐   did not promote me

- ☐   did not accommodate my disability

- ☒   provided me with terms and conditions of employment different from those of similar employees

- ☒   retaliated against me

- ☒   harassed me or created a hostile work environment

- ☐   other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.
See attached

_____

_____

_____

_____

_____

_____

_____

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

   When did you file your charge?   June 8, 2017

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

   What is the date on the Notice?   December 26, 2017

   When did you receive the Notice?   December 30, 2017

☐ No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)
To treat me the same way as younger employees. To stop harassing me and retaliating against me. To provide me with the same opportunities for training and educational workshops as younger employees. To remove all negative ratings, observation reports and disciplinary letters from my teacher file and permanent record.

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | | |
|---|---|---|
| March 26, 2018 | | *Peggy Zoulas* |
| Dated | | Plaintiff's Signature |
| Peggy | | Zoulas |
| First Name | Middle Initial | Last Name |
| 130 Noble Street Apt. 2 | | |
| Street Address | | |
| Brooklyn, | N.Y. | 11222 |
| County, City | State | Zip Code |
| 917-647-8241 | zoulas@msn.com | |
| Telephone Number | Email Address (if available) | |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes   ☒ No

   If you do consent to receive documents electronically, submit the completed form with your
   complaint. If you do not consent, please do not attach the form.

## Employment (Age) Discrimination Facts

I have been a classroom teacher for 21 years, and I have never received a negative observation rating until last year. I have only received satisfactory and effective teaching observations. I have never been accused or found guilty of insubordination. Until this past school year, I have never been accused of verbal abuse or corporal punishment. I filed an age discrimination complaint because of events which occurred during the 2016-2017 school year and after in which my Principal and Assistant Principal discriminated against me due to my age. In addition, the principal and assistant principal have retaliated against me for filing an age discrimination complaint.

1. I have not been provided with any opportunities to attend workshops and professional development for many years. Younger teachers are sent every month. This is ongoing.

2. At the start of the school year in September 2016, the principal and assistant principal moved my classroom to another location, and when I brought in helpers, they were sent home and were not permitted to help me. As a result, I had to carry many heavy things by myself. Younger teachers are permitted to bring their children to help them.

3. The principal has given me numerous negative observation reports in which she states false and derogatory information about my teaching. Younger teachers receive glowing reports about their teaching and they receive public praise. Two young teachers that they praise publicly are Ms. Sasielo and Mrs. Duffy. In fact, Mrs. Duffy is told that her math lessons are outstanding, even though she makes a lot of mistakes. This is ongoing.

4. Another young teacher, Ms. Rzerzicha, who started teaching math last year, received dozens of complaints by parents to the principal, that she doesn't know how to do math let alone teach it. In September 2017, when we came back to work, Ms. Rzerzecha showed us her observation ratings form that year and the principal had given her Highly Effective in most categories.

5. My overall annual rating by the principal dropped by 30% in the 2016-2017 school year. My rating started dropping immediately after I turned 55 years of age.

6. The Principal and Assistant Principal use the Danielson's Rubric subjectively. When they are observing a younger teacher or friend, they ignore things like differentiation and assessment. However, this year during my observations, the Principal repeatedly told me that everything about my lessons was wrong, when this was not true. My lessons were well-planned and executed as always.  She did the same thing to a 62 year-old teacher last year.

7. When I try to defend my pedagogy, the principal makes fun of me by repeating my comments verbatim both verbally and in writing. The principal becomes furious when I try to defend my pedagogy. She constantly calls me a veteran teacher and says I should just retire. This is ongoing.

8. The principal and assistant principal have given me numerous disciplinary letters for file which contain false and derogatory information about me. Younger teachers are never given disciplinary letters.

9. The principal does not give younger teachers and friends letters for file when they are involved with negligent behavior. During the school year, a third-grade student, Christian K., broke his arm out in the Eckford Street schoolyard while he was being supervised by the principal's friend, Naomi Velez. She was not watching the boy properly, and he was able to

climb up to a second-floor roof from which he then fell, breaking his arm very badly. I was able to witness this because my room has a window overlooking this schoolyard. Also, I was able to witness the boy being taken from the nurse's room to an ambulance because my room is right next to the nurse's room and it was my prep period. Ms. Velez did not receive a letter for file for being negligent.

10. In contrast, when one of my students, Filip K. pulled a prank on the staircase (March 2017) in order to go home early, he was grilled for one hour by the principal, and four witnesses were called in to make written statements. The Principal had her notebook out and was conducting an investigation. When I tried to sit down at the desk to participate in the conversation, the Principal told me I had to get out. She said this in front of my student thereby diminishing my status and authority.

11. The principal and assistant principal have bad-mouthed me to my students and to their parents on many occasions thereby embarrassing me and creating a hostile work environment. This doesn't happen to younger teachers. This is ongoing.

12. The principal and assistant principal do not assist me when I call them about an out-of-control student. One such instance occurred on January 26, 2018 at 2:00 pm in my classroom. Instead, they bad-mouth me to the student and do not correct the child in any manner. When a younger teacher calls for assistance, such as Mrs. Duffy, the principal and assistant principal help her right away.

13. The principal and assistant principal have harassed and negatively rated, other older staff members. On March 15, the 64-year old School Safety Agent, Mr. Raul, was removed from the school and transferred. He has an unblemished 32-year tenure as well as being at this particular school for 15 years. The principal had suddenly started harassing him and calling him into her office starting this school year, September 2017. The Principal accused him of things that didn't happen and told a parent to make a complaint about him. The principal told several staff members that she wants to replace him with a "young guy".

14. One former teacher at my school, Ms. Czaskiewicz, who was 62 years old at the time, was forced into retirement. The principal and assistant principal pummeled her with negative observation reports during the 2015-2016 school year, and told her she doesn't know how to teach. Ms. Czaskiewicz was replaced with a 23 year-old teacher.

15. A younger teacher, Mrs. Duffy, was spending two hours a day pumping breast milk in our only second floor bathroom. When I complained to the Principal she spoke to me sarcastically and said, "Use the bathroom on the first floor." When I told the Principal that this was too far, she said she didn't care. She also told Mrs. Duffy to just ignore me and that she should continue pumping breast milk in the bathroom. I complained to my Union rep and after that, the Principal locked the only second floor bathroom for two months.

16. I believe that since the time I filed this age discrimination complaint, I received additional discrimination. On October 13, 2017, the entire staff at my school was given a copy of the Staff Directory that had my name omitted. In lieu of my name there was a row of "stars" printed. Ms. LoRe had instructed a school aide to type it up. I informed the principal that this was embarrassing and I wanted it to be corrected quickly. The Principal stated that it was not done on purpose, but refuses to correct it. Indeed, I filed a grievance with my Union and once again, she refuses to meet with me. To this day, the Staff Directory with my name omitted has not been collected.

17. In addition, On March 20, 2018, I received a negative observation report for an observation conducted on January 31, 2018. The report contained many false claims about my lesson, which actually went very well.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: | **Peggy Zoulas**<br>**130 Noble Street, 2nd Floor**<br>**Brooklyn, NY 11222** | From: | **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| **16G-2017-03503** | **Holly M. Shabazz,**<br>**State & Local Program Manager** | **(212) 336-3643** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____

**Kevin J. Berry,**
**District Director**

December 26, 2017
*(Date Mailed)*

Enclosures(s)

cc:     **Attn: Director of Human Resources**
**CITY OF NEW YORK, DEPARTMENT OF EDU**
**Office of Legal Services**
**52 Chambers Street, Room 308**
**New York, NY 10007**

New York State Division of Human Rights
## Complaint Form

### CONTACT INFORMATION

My contact information:

Name: Peggy Zoulas

Address: 130 Noble St          Apt or Floor #: 2

City: Brooklyn          State: N.Y.          Zip: 11222

### REGULATED AREAS

I believe I was discriminated against in the area of:

[X] Employment          [ ] Education          [ ] Volunteer firefighting

[ ] Apprentice Training          [ ] Boycotting/Blacklisting          [ ] Credit

[ ] Public Accommodations          [ ] Housing          [ ] Labor Union, Employment
(Restaurants, stores, hotels, movie                                                     Agencies
theaters, amusement parks, etc.)          [ ] Commercial Space          [ ] Internship

I am filing a complaint against:

Company or Other Name: Department of Education NYC / P.S. 34 K

Address: 131 Norman Ave.

City: Brooklyn          State: NY          Zip: 11222

Telephone Number:
                    (area code)

Individual people who discriminated against me:

Name: Carmen Asselta          Name: Maria Lore

Title: Principal          Title: Assistant Principal

### DATE OF DISCRIMINATION

The most recent act of discrimination happened on:

| | month | day | year |
|---|---|---|---|
| (written) A negative observation rating | May | 5 | 2017 |
| (verbal) A negative observation rating | May | 18 | 2017 |

*BASIS OF DISCRIMINATION*
*Please tell us why you were discriminated against by checking one or more of the boxes below.*

 You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

**Please note:** Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Domestic Violence Victim Status is a basis only in Employment complaints). These exceptions are listed next to the types of discrimination below.

## I believe I was discriminated against because of my:

| | |
|---|---|
| ☒ **Age** *(Does not apply to Public Accommodations)* <br> Date of Birth: 03-20-61 | ☐ **Genetic Predisposition** *(Employment only)* <br> Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)* <br> Please specify: | ☐ **Marital Status** <br> Please specify: |
| ☐ **Conviction Record** *(Employment and Credit only)* <br> Please specify: | ☐ **Military Status:** <br> Please specify: |
| ☐ **Creed / Religion** <br> Please specify: | ☐ **National Origin** <br> Please specify: |
| ☐ **Disability** <br> Please specify: | ☐ **Race/Color or Ethnicity** <br> Please specify: |
| ☐ **Pregnancy-Related Condition:** <br> Please specify: | ☐ **Sex** <br> Please specify: ☐ **Female** ☐ **Male** <br> ☐ **Pregnancy** <br> ☐ **Sexual Harassment** |
| ☐ **Domestic Violence Victim Status:** <br> *(Employment only)* <br> Please specify: | ☐ **Sexual Orientation** <br> Please specify: |
| ☐ **Familial Status** *(Does not apply to Public Accommodations or Education)* <br> Please specify: | ☐ **Retaliation** *(if you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)* <br> Please specify: |

 Before you turn to the next page, please check this list to make sure that you provided information *only* for the type of discrimination that relates to your complaint.

5

If you did not report the discrimination, please explain why:

_____

_____

_____

Did the person you are complaining against touch you, hurt you, or physically harm you?

☐ Yes    ☐ No

*If yes, please explain:* _____

_____

_____

**Examples of other people who were discriminated against in the same way as you were:**
*(For example, people who were harassed by the same manager, disciplined or terminated for the same reasons, did not receive an accommodation for the same reasons, etc.)*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, ages, religions, etc.*

There have been several older teachers (55 and up) who have also been given negative ratings by Ms Asselta recently.

**Examples of other people who were treated better than you were:**
*(For example, people who were not fired for doing the same thing you were fired for, people who were doing the same job but making more money, people who were allowed to stay in the store while you were told to leave, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, ages, religions, etc.*

On August 30, 2016 I went to work with 3 student helpers to assist in moving to another classroom. The principal told them they had to leave right away. Other teachers who are young were permitted to bring their kids to work so that they could help them set up their rooms.

**Witnesses:**

**The following people saw or heard the discrimination and can act as witnesses:**

Name: _____   Job title: _____

Telephone number: _____   _____   _____

Relationship to me: _____

What did this person witness?: _____

Name: _____   Job title: _____

Telephone number: _____   _____   _____

Relationship to me: _____

What did this person witness? _____

*If you have more witnesses, please write their names and information on a separate sheet of paper and attach it to this form. Please do not write on the back of this form.*

**Additional Details:**

**Did you report or complain about the discrimination to someone else?**
*(If you told someone, filed a report or sent a letter about the discrimination, please indicate whether you went to a supervisor, a manager, the owner of the company, your human resources office, your union, your housing provider, the police, etc.).*

_____

_____

**Date you reported or complained about discrimination:** _____  _____  _____
month      day      year

**How exactly did you complain about the discrimination?**
*(Who did you talk to about it? Who did you filed a report or make a formal written complaint or union grievance with? What did you say?)*

In early November 2016, I complained to my
union representative Ira Munet, that I was being
harassed and targeted this year. We discussed
that it was related to my age. I was advised
by him to file an age discrimination complaint.

**What happened after you complained?**
*(Was your complaint investigated? Was any action taken in response to your complaint? Did the discrimination stop? Did you experience retaliation for complaining?)*

_____

_____

## ADDITIONAL INFORMATION

*The next three pages are for the Division's records and* **will not be sent out** *with the rest of your complaint.*

### Contact information

My primary telephone number:

917 - 647 - 8241
(area code)

_____ home phone
_____ work phone
__X__ cell phone
_____ other _____

My secondary telephone number:

_____ - _____ - _____
(area code)

_____ home phone
_____ work phone
_____ cell phone
_____ other _____

My email address: zoulas@msn.com

Last four digits of my Social Security number: 7175

Contact person *(someone who does not live with you but will know how to contact you if the Division cannot reach you):*

Name: Andrea Kubis

Telephone number: 908 - 468 - 3104
                           (area code)

Relationship to me: friend

### Special Needs

I am in need of: a) A translator *(if so, which language?)*: _____

b) Accommodations for a disability: _____

c) Other: _____

### Settlement / Conciliation:

To settle this complaint, I would accept: *(Please explain what you want to happen as a result of this complaint. Do you want a letter of apology, your job back, lost wages, an end to the harassment, etc.?)*

To remove the negative observation reports and disciplinary letters from my teacher file and permanent record

To teach 5th grade.

Compensation for loss of persession work.

11

DESCRIPTION OF DISCRIMINATION - for all complaints (Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)

Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. **PLEASE TYPE OR PRINT CLEARLY.**

See attached addendum

_If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. PLEASE DO NOT WRITE ON THE BACK OF THIS FORM._

# EMPLOYMENT OR INTERNSHIP DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of employment or internship. If not, turn to the next page.*

How many employees does this company have?

a) 1-3          b) 4-14          c) 15 or more          (d) 20 or more )          e) Don't know

**Are you currently working for the company?**

☒ Yes

Date of hire:  September 1 1997 )          What is your job title? classroom teacher

Month     day     year

☐ No

Last day of work:  ( _____ _____ _____ )          What was your job title? _____

Month     day     year

☐ I was not hired by the company

Date of application:  ( _____ _____ _____ )

Month     day     year

## *ACTS OF DISCRIMINATION*

**What did the person/company you are complaining against do? Please check all that apply.**

☐ Refused to hire me

☐ Fired me / laid me off

☐ Did not call me back after a lay-off

☐ Demoted me

☐ Suspended me

☐ Sexually harassed me

☒ Harassed or intimidated me (other than sexual harassment)

☒ Denied me training

☐ Denied me a promotion or pay raise

☐ Denied me leave time or other benefits

☐ Paid me a lower salary than other workers in my same title

☒ Gave me different or worse job duties than other workers in my same title

☐ Denied me an accommodation for my disability

☐ Denied me an accommodation for my religious practices

☒ Gave me a disciplinary notice or negative performance evaluation

☐ Other: _____

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_Peggy Zoulas_
Sign your full legal name

Subscribed and sworn before me
This 8th day of June , 201 7
_Bryan Glass_
Signature of Notary Public

County: Rockland       Commission expires: 1/22/18

BRYAN GLASS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GL6058078
QUALIFIED IN NEW YORK COUNTY Rockland
COMMISSION EXPIRES 1/22/18

**Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.**

Addendum to SDHR Charge for Peggy Zoulas

1. I have taught with the New York City Department for Education (NYCDOE) as an elementary school teacher since 1997.

2. I have taught at P.S. 34K in Brooklyn since January 2000. I am currently working under Principal Carmen Asselta for the past five years.

3. I am 56 years old and have been teaching for approximately 20 years.

4. I am one of the oldest teachers at the school.

5. Prior to the present school year 2016-17, I have always received Satisfactory or Effective end of year annual ratings based on teaching performance.

6. Prior to the present school year, I have never received any disciplinary letters concerning allegations of verbal abuse or corporal punishment.

7. At the start of the school year. I had 3 students accompany me to move my classroom to another room. They had written permission from their parents. The principal immediately told them to leave and would not allow them to assist me. The principal allowed younger teachers at the school to bring in their children to help them set up their classroom.

8. Between October 7, 2016 and December 9, 2016. I was summoned to 4 disciplinary meetings and consequently received 4 disciplinary letters for file.

9. In mid November 2016, I was told by my union representative that he believes I am the target of age discrimination.

10. I am aware of other older teachers being targeted in the school by Principal Asselta. One example is that older teachers are made to go up and down the stairs often and usually for no reason. She will make a call to pick up a class, but when the teacher gets there the class would be gone. Then the older teacher has to walk all over the building to find them. This happens all the time.

11. I am aware of younger teachers getting favorable treatment. One example was in January 2017, when I was sitting in a debriefing conference after we had an inter-visitation for a young teacher giving a math lesson. The teacher had made many mistakes during her lesson, however, the Assistant Principal, Ms. LoRe, repeatedly (at least 8 or 9 times) told us that the young teacher was outstanding. When I taught a similar lesson for an inter-visitation a few months later, the assistant principal, Ms. LoRe, walked around my room talking on her cell phone while I was teaching. Additionally, she cancelled the scheduled debriefing suddenly and never rescheduled it. Later that day, she took my preparation period away and stated, "You're not getting a prep today".

12. On March 31, 2017, and May 5, 2017, I received observation reports from Principal Asselta with only developing or ineffective ratings.   In contrast, in the 2015-16 school year, Principal Asselta gave me primarily effective rating across the board.

13. On May 18, 2017, at a post-observation conference, Principal Asselta gave me almost all negative comments about my lesson and suggested this lesson would be ineffective as well.

14. I believe I am the victim of age discrimination at my school this year after so many years of effective ratings and no prior discipline.