USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
PEGGY ZOULAS,

                               Plaintiff,

                               -v-

DEPARTMENT OF EDUCATION, CITY
OF NEW YORK; CARMEN ASSELTA,
PRINCIPAL PS 34; and MARIE LORE,
ASSISTANT PRINCIPAL PS 34,

                               Defendants.
-------------------------------------------------------------- X

1:18-cv-02718-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On January 25, 2020, the parties submitted a proposed stipulated protective order. Dkt No. 67. The Court declines to enter the proposed order. The parties are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases, which contains a specific provision related to applications for protective orders. Rule 4(D). Any application for a protective order must comply with that section of the Court's rules or provide specific justification to deviate from that rule. The Court does not anticipate that it will find sufficient justification for a deviation in the fact that the parties failed to comply with the rule in the first instance, and, as a result, invested resources in the development of the protective order proposed on January 25, 2020.

The parties are also directed to review Rule 1(F) of the Court's Individual Rules of Practice in Civil Cases. That rule directs parties to file a joint letter immediately following the filing of any proposed order or stipulation explaining "(1) the reason for the request that the Court enter the proposed order or stipulation; (2) the position of each of the parties with respect to the proposed order or stipulation; (3) the basis for the Court's legal authority to enter the proposed order or stipulation; and (4) any other information that the parties believe would provide context for the

Court's evaluation of the request." The Court will not approve a proposed order that does not comply with this rule. Finally, the Court notes that this case has not been referred to Magistrate Judge Cave.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first-class and certified mail.

SO ORDERED.

Dated: January 27, 2020
      New York, New York

_____
GREGORY H. WOODS
United States District Judge