UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Peggy Zoulas                          :
                                      :
                    Plaintiff,        :
                                      :
        -against-                     :          18 _____   Civ. 2718 _____   ( GHW ) ( _____ )
                                      :
                                      :          NOTICE OF LIMITED APPEARANCE
New York City Department of Education, et al   :   OF *PRO BONO* COUNSEL
                                      :
                    Defendant.        :
-----------------------------------------------------X

To the Clerk of this Court and all parties of record:

        Enter my appearance as *pro bono* counsel in this case on behalf of:

            Peggy Zoulas _____ [party]


        for the limited purpose of deposition practice, at the request of NYLAG's Pro Se Clinic . I certify

that I am admitted to practice in this Court.


February 12, 2020
Date                                             _____
                                                 Signature

                                                 Darin P. McAtee
                                                 _____
                                                 Print Name                Bar No.

                                                 Cravath, Swaine & Moore, 825 Eighth Avenue
                                                 Address

                                                 New York        NY          10019
                                                 City            State       Zip Code

                                                 212-474-1480
                                                 Phone No.                   Fax. No.

                                                 dmcatee@cravath.com
                                                 Email Address