UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/03/2020

-------------------------------------------------------------- X
                                    :

PEGGY ZOULAS,                        :

                                 :

                     Plaintiff,   :            1:18-cv-02718-GHW

                                 :

              -v -                 :                 ORDER

                                 :

NEW YORK CITY DEPARTMENT OF   :
EDUCATION,                    :

                                 :

                    Defendant.   :

                                 :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

         The Court has received Plaintiff's October 2, 2020 email attaching a status letter regarding discovery.  This status letter will be posted to the docket by separate order.  Pursuant to the Court's August 29, 2019 Notice of Initial Pretrial Conference, Dkt No. 53 and the Court's Individual Rule of Practice in *Pro Se* Cases 1(A), all communications with the Court should be directed to the Pro Se Office.  The Court directs Plaintiff not to send emails to the Court's chambers email account.

         In light of COVID-19, the Court's April 1, 2020 standing order provides that the Court will temporarily, until further order of the Court, accept filings via email from pro se litigants without electronic filing privileges.  Filings by pro se litigants submitted by email must be sent to Temporary_Pro_Se_Filing@nysd.uscourts.gov.

         SO ORDERED.

Dated: October 3, 2020
       New York, New York

                                                 _____
                                           GREGORY H. WOODS
                                      United States District Judge