UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/06/2020
```

------------------------------------------------------------ X
                                 :
                                 :

PEGGY ZOULAS                   :

                Plaintiff,   :            1:18-cv-02718-GHW
                                 :
            -v -            :                ORDER
                                 :

NEW YORK CITY DEPARTMENT OF   :
EDUCATION et al.,             :
                                 :
             Defendants.   :
                                 :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the October 6, 2020 status conference, the discovery deadline is extended for the sole purpose of allowing Defendants to provide Plaintiff with responses from the two additional individuals from whom Plaintiff seeks MOSL information. Defendants are directed to provide Plaintiff with these responses no later than October 20, 2020.

For the reasons stated on the record, Plaintiff's request for Defendants to provide additional information regarding Defendants' discovery process is DENIED. Plaintiff's request to strike Defendants' October 5, 2020 letter, Dkt No. 98, is also DENIED.

As stated on the record, any party seeking to file a motion for summary judgment must submit a letter requesting a pre-motion conference, as described in the case management plan and scheduling order, Dkt No. 85, no later than October 20, 2020.

SO ORDERED.

Dated: October 6, 2020
        New York, New York

                                   _____
                                      GREGORY H. WOODS
                                    United States District Judge