```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
        :
        :
PEGGY ZOULAS,        :
        Plaintiff,        :    1:18-cv-2718-GHW
        :
    -v -        :    <u>ORDER</u>
        :
NEW YORK CITY DEPARTMENT OF    :
EDUCATION,        :
        :
        Defendant.        :
        :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    Defendant's October 28, 2020 request for leave to file a motion for summary judgment, Dkt. No. 104, is granted. The deadline for defendant to file and serve its motion for summary judgment is December 4, 2020. Plaintiff's opposition is due within sixty days after service of defendant's motion; defendant's reply, if any, is due within fourteen days after service of plaintiff's opposition. Defendant is directed to serve a copy of this order on plaintiff and to retain proof of service.

SO ORDERED.

Dated: October 28, 2020
New York, New York

                                                                           GREGORY H. WOODS
                                                                       United States District Judge