# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PEGGY ZOULAS,

                              Plaintiff,                                         18 **CIVIL** 2718 (GHW)

                  -against-                                                **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 1, 2021, Because Zoulas has failed to adduce evidence that she suffered an adverse employment action within the 300 days prior to when she filed her SDHR complaint, her ADEA discrimination claim is time-barred. Because Zoulas has failed to adduce evidence from which a reasonable jury could conclude that, after filing her SDHR complaint, she began to experience conduct that would discourage a reasonable person from filing such a complaint, she has not shown a genuine issue of material fact with respect to her ADEA retaliation claim. Finally, because Zoulas has filed to adduce evidence from which a reasonable jury could conclude that she was subjected to such hostile and pervasive abuse and harassment on account of her age that the terms of her employment were changed, she has failed to demonstrate a genuine issue of material fact with respect to her ADEA hostile work environment claim. For those reasons, the NYCDOE's motion for summary judgment on all three of Zoulas's claims is GRANTED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Judgment is entered for the defendant, and the case is closed.

**Dated:** New York, New York
September 2, 2021

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**

**BY:** _/s/ David J. Thomas_

                                        **Deputy Clerk**